**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Gerald <br> First name <br><br> Kenneth <br> Middle name <br><br> Mixon, Jr. <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Gerald K Mixon, Jr.** <br> **Gerald Mixon, Jr.** <br> **Gerald Kenneth Mixon** <br> **Gerald K Mixon** <br> **Gerald Mixon** <br> **Ken Mixon** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2029 | |

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

| **5.** **Where you live** | **176 Ole Still Lane**<br>**Elgin, SC 29045**<br>Number, Street, City, State & ZIP Code<br><br>**Kershaw**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |

| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Gerald Kenneth Mixon, Jr.**                              Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.   How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes.

| | District | **District of South Carolina** | When | **4/13/22** | Case number | **22-00975** |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |
| | Debtor | _____ | | Relationship to you | _____ |
| | District | _____ | When _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                        Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Gerald Kenneth Mixon, Jr.**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Gerald Kenneth Mixon, Jr.**
_____          _____
**Gerald Kenneth Mixon, Jr.**                           Signature of Debtor 2
Signature of Debtor 1

Executed on   **February 24, 2023**                    Executed on  _____
                    MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ JASON T. MOSS**                                    Date    **February 24, 2023**

Signature of Attorney for Debtor                                    MM / DD / YYYY

**JASON T. MOSS 7240**

Printed name

**MOSS & ASSOCIATES, ATTORNEYS P.A.**

Firm name

**816 ELMWOOD AVENUE**
**COLUMBIA, SC 29201**

Number, Street, City, State & ZIP Code

Contact phone    **(803)-933-0202**                    Email address    **lindsey@mossattorneys.com**

**7240 SC**

Bar number & State

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $          115,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | $           24,739.11 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | $          139,739.11 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          193,486.36 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $            1,438.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $           16,596.29 |
| | **Your total liabilities** | $          211,520.65 |

**Part 3:    Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*............................................... | $            5,405.41 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*...................................................... | $            3,625.01 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                                    $    4,163.77

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 1,438.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 1,438.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☑ Yes.  Where is the property?

---

1.1

**176 OLE STILL LANE**
Street address, if available, or other description

**Elgin              SC    29045-0000**
City                State    ZIP Code

**Kershaw**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DEBTORS RESIDENCE-176 OLE STILL LANE, ELGIN SC 29045, KERSHAW COUNTY, (3) BEDROOM HOUSE, TMS# (349-03-0B-030-SEY), TAX APPRAISAL VALUE ($231,100), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($230,000), DEBTOR HAS A HALF INTEREST IN PROPERTY WITH NON-FILING SPOUSE, DEBTORS INTEREST IN PROPERTY ($115,000)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$230,000.00** | **$115,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................................................................=>**

| |
|---|
| **$115,000.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | | | | | | |
|---|---|---|---|---|---|---|
| Make: | **GMC** | | **Who has an interest in the property?** Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **SIERRA 1500 TRUCK** | | ☑ Debtor 1 only | | | |
| Year: | **2014** | | ☐ Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **205,000** | | ☐ Debtor 1 and Debtor 2 only | | | |
| Other information: | | | ☐ At least one of the debtors and another | | | |

| |
|---|
| **2014 GMC SIERRA 1500 TRUCK: VIN# (1GTV2VEC0E2264106), (4) DOOR, (8) CYLINDER, (220,000) MILES, NADA VALUE ($9,974)** |

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$9,974.00**
Current value of the portion you own? **$9,974.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................................=>**    **$9,974.00**

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes.  Describe.....

| **HOUSEHOLD GOODS: COUCH, LOVESEAT, RECLINER, TABLES, CHAIRS, BEDS, DRESSERS, MICROWAVE, REFRIGERATOR, STOVE, WASHER, DRYER, MOWER, WEEDEATER, PATIO FURNITURE, EDGER, BLOWER, GRILL** | **$2,000.00** |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe.....

| **HOUSEHOLD GOODS: TVS, DVD PLAYER, COMPUTER, PHONE** | **$600.00** |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes.  Describe.....

| **BOOKS** | **$30.00** |
|---|---|

Debtor 1      **Gerald Kenneth Mixon, Jr.**                                      Case number *(if known)*

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments
    ■ No
    ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

    | FIREARMS: RUGER 9MM | $200.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | CLOTHING | $600.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | JEWELRY | $300.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

    | ANIMALS: SHITZU | $100.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ...............................................................................

    | | $3,830.00 |
    |---|---|

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..........................................................................................................

    | | CASH ON HAND | $40.00 |
    |---|---|---|

Official Form 106A/B                          Schedule A/B: Property                                      page 3

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)*

---

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ■ Yes.......................                      Institution name:

    |        |          |                                                  |          |
    |--------|----------|--------------------------------------------------|----------|
    | 17.1.  | **Checking** | **WELLS FARGO: CHECKING ACCOUNT# (7768)**    | $627.02  |
    | 17.2.  | **Savings**  | **WELLS FARGO: SAVINGS ACCOUNT# (9232)**     | $0.00    |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:                                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ■ Yes. List each account separately.
    Type of account:                        Institution name:

    |            |                                                                           |           |
    |------------|---------------------------------------------------------------------------|-----------|
    | **Pension** | **RETIREMENT: DEBTOR RECEIVES RETIREMENT BENEFITS IN THE AMOUNT OF ($2,001.69)/MONTH** | $2,001.69 |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................                  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No

---

| Debtor 1 | **Gerald Kenneth Mixon, Jr.** | | Case number *(if known)* | |

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
 *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
 ■ No
 ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
 ☐ No
 ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **TAX REFUND: REFUND FOR TAX YEAR 2021 ($1776), REFUND FOR TAX YEAR 2022 UNKNOWN** | Federal | **$888.00** |
|---|---|---|
| **TAX REFUND: REFUND FOR TAX YEAR 2021 ($998), REFUND FOR TAX YEAR 2022 UNKNOWN** | State | **$499.00** |

**29. Family support**
 *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
 ■ No
 ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
 *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
 ■ No
 ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
 *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
 ☐ No
 ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **MELTLIFE LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($250,000), CASH SURRENDER VALUE OF POLICY ($0.00)** | **SPOUSE** | **$0.00** |
| **MELTLIFE LIFE INSURANCE: WHOLE LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($100,000), CASH SURRENDER VALUE OF POLICY ($3,500)** | **SPOUSE** | **$3,500.00** |

**32. Any interest in property that is due you from someone who has died**
 If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
 ■ No

Debtor 1  **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)*

☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**
    ☐ No
    ■ Yes.  Give specific information..

| | |
|---|---|
| SOCIAL SECURITY: DEBTOR RECIEVES SOCIAL SECURITY BENEFITS IN THE AMOUNT OF ($2,016.40)/MONTH | $2,016.40 |

| | |
|---|---|
| GUARDIAN INSURANCE: DEBTOR RECEIVES AN ANNUITY PAYOUT TO SUPPLEMENT SHORT TERM/LONG TERM DISABILITY IN THE AMOUNT OF ($163)/MONTH | $163.00 |

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................  **$9,735.11**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| | |
|---|---|
| PERSONAL PROPERTY: TIRES, RIMS | $1,000.00 |

| | |
|---|---|
| PERSONAL PROPERTY: TIRES | $200.00 |

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................  **$1,200.00**

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)*

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---:|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................................ | **$115,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$9,974.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$3,830.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$9,735.11** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54**                    + | **$1,200.00** |

62.  **Total personal property.** Add lines 56 through 61...        **$24,739.11**        Copy personal property total        **$24,739.11**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                    **$139,739.11**

# Parcel Information Report (2023/02/23 07:21)

## 349-03-0B-030-SEY



### General Information

| Parcel Number | Building Type | Grantor |
|---|---|---|
| 349-03-0B-030-SEY | Residential | HAIGS CREEK DEVELOPERS INC |

| Owner Name | Finished Building Area | Previous Deed Book-Page |
|---|---|---|
| MIXON GERALD K JR & ANGELA A | 1955 | 1305-188 |

| Owner Name2 | Primary LandUse Code | Previous Sale Date |
|---|---|---|
| JOINT SURVIVORSHIP | R | 2003/03/03 |

| Owner Name3 | Total Land Value | Previous Sale Price |
|---|---|---|
| | 40000 | $16,000.00 |

| Location Address | Total Yard Item Value | Zoning |
|---|---|---|
| 176  OLE STILL LN    ELGIN, SC 29045 | 12500 | |

| Mailing Address | Total Building Value | Deed Book-Page |
|---|---|---|
| 176 OLE STILL LN ELGIN,SC 29045-8513 | 178600 | 1331-10 |

| Legal Description | Total Market Value | Plat Book |
|---|---|---|
| | 231100 | A-98 |

| Year Built | | Plat Page |
|---|---|---|
| 2003 | | 2 |

| Total Acreage | | District |
|---|---|---|
| 1.03 | | 279 |

| Sale Date | | |
|---|---|---|
| 2003/04/14 | | |

| Sale Price | | |
|---|---|---|
| $5.00 | | |

| Sale Type | | |
|---|---|---|
| Gift | | |

**Fill in this information to identify your case:**

Debtor 1    **Gerald Kenneth Mixon, Jr.**
            First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **DEBTORS RESIDENCE-176 OLE STILL LANE, ELGIN SC 29045, KERSHAW COUNTY, (3) BEDROOM HOUSE, TMS# (349-03-0B-030-SEY), TAX APPRAISAL VALUE ($231,100), SEE ATTACHED TAX APPRAISAL**<br><br>**DEBTOR ESTIMATES VALUE AT ($230,000), DEBTOR HAS A HALF INTEREST IN PROPERTY WI** <br>Line from *Schedule A/B*: **1.1** | $115,000.00 | ■  $60,400.00<br>☐  100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(1)(a) |
| **2014 GMC SIERRA 1500 TRUCK: VIN# (1GTV2VEC0E2264106), (4) DOOR, (8) CYLINDER, (220,000) MILES, NADA VALUE ($9,974)** <br>Line from *Schedule A/B*: **3.1** | $9,974.00 | ■  $6,700.00<br>☐  100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **HOUSEHOLD GOODS: COUCH, LOVESEAT, RECLINER, TABLES, CHAIRS, BEDS, DRESSERS, MICROWAVE, REFRIGERATOR, STOVE, WASHER, DRYER, MOWER, WEEDEATER, PATIO FURNITURE, EDGER, BLOWER, GRILL** <br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■  $2,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                          Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **HOUSEHOLD GOODS: TVS, DVD PLAYER, COMPUTER, PHONE**<br>Line from *Schedule A/B*: **7.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **BOOKS**<br>Line from *Schedule A/B*: **8.1** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **FIREARMS: RUGER 9MM**<br>Line from *Schedule A/B*: **10.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(15)** |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **JEWELRY**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| **ANIMALS: SHITZU**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **CASH ON HAND**<br>Line from *Schedule A/B*: **16.1** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $40.00 of unused Homestead Exemption** |
| **Checking: WELLS FARGO: CHECKING ACCOUNT# (7768)**<br>Line from *Schedule A/B*: **17.1** | $627.02 | ■ $627.02<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $627.02 of unused Homestead Exemption** |
| **Savings: WELLS FARGO: SAVINGS ACCOUNT# (9232)**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $0.00 of unused Homestead Exemption** |
| **Pension: RETIREMENT: DEBTOR RECEIVES RETIREMENT BENEFITS IN THE AMOUNT OF ($2,001.69)/MONTH**<br>Line from *Schedule A/B*: **21.1** | $2,001.69 | ■ $2,001.69<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(11)(e)** |
| **Federal: TAX REFUND: REFUND FOR TAX YEAR 2021 ($1776), REFUND FOR TAX YEAR 2022 UNKNOWN**<br>Line from *Schedule A/B*: **28.1** | $888.00 | ■ $888.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $888.00 of unused Homestead Exemption** |

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **State: TAX REFUND: REFUND FOR TAX YEAR 2021 ($998), REFUND FOR TAX YEAR 2022 UNKNOWN**<br>Line from *Schedule A/B*: **28.2** | $499.00 | ■ $499.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $499.00 of unused Homestead Exemption** |
| **MELTLIFE LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($250,000), CASH SURRENDER VALUE OF POLICY ($0.00)**<br>**Beneficiary: SPOUSE**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(8)** |
| **MELTLIFE LIFE INSURANCE: WHOLE LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($100,000), CASH SURRENDER VALUE OF POLICY ($3,500)**<br>**Beneficiary: SPOUSE**<br>Line from *Schedule A/B*: **31.2** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(9)** |
| **SOCIAL SECURITY: DEBTOR RECIEVES SOCIAL SECURITY BENEFITS IN THE AMOUNT OF ($2,016.40)/MONTH**<br>Line from *Schedule A/B*: **35.1** | $2,016.40 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(11)(a)** |
| **GUARDIAN INSURANCE: DEBTOR RECEIVES AN ANNUITY PAYOUT TO SUPPLEMENT SHORT TERM/LONG TERM DISABILITY IN THE AMOUNT OF ($163)/MONTH**<br>Line from *Schedule A/B*: **35.2** | $163.00 | ■ $163.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(11)(c)** |
| **PERSONAL PROPERTY: TIRES, RIMS**<br>Line from *Schedule A/B*: **53.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $1,000.00 of unused Homestead Exemption** |
| **PERSONAL PROPERTY: TIRES**<br>Line from *Schedule A/B*: **53.2** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1  COVINGTON CREDIT** — Creditor's Name

Describe the property that secures the claim:
**HOUSEHOLD GOODS: 522(F) VOIDABLE**

Amount of claim: **$760.10**  Value of collateral: **$2,000.00**  Unsecured portion: **$760.10**

534 E DEKALB STREET
Camden, SC 29020
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Non-Purchase Money Security**

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **1/21**        Last 4 digits of account number  **1760**

**2.2  HEIGHTS FINANCE** — Creditor's Name

Describe the property that secures the claim:
**HOUSEHOLD GOODS: 522(F) VOIDABLE**

Amount of claim: **$768.10**  Value of collateral: **$2,000.00**  Unsecured portion: **$768.10**

PO BOX 1947
Greenville, SC 29602
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Non-Purchase Money Security**

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **1/20**        Last 4 digits of account number  **6267**

Debtor 1  **Gerald Kenneth Mixon, Jr.**

<span>First Name</span>     <span>Middle Name</span>     <span>Last Name</span>

Case number (if known) _____

---

| 2.3 | **LENDMARK FINANCIAL** | | | $5,542.66 | $2,000.00 | $5,542.66 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **HOUSEHOLD GOODS: 522(F) VOIDABLE**

**600 PAMPLICO HWY**
**Florence, SC 29505**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred  **1/21**      Last 4 digits of account number   **4631**

---

| 2.4 | **MARINER FINANCE** | | | $14,800.00 | $2,000.00 | $14,800.00 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **HOUSEHOLD GOODS: 522(F) VOIDABLE**

**610 HWY US1, STE G**
**Lugoff, SC 29078**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred  **1/20**      Last 4 digits of account number   **2029**

---

| 2.5 | **ONE MAIN FINANCIAL** | | | $9,194.17 | $2,000.00 | $7,194.17 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **HOUSEHOLD GOODS: 522(F) VOIDABLE**

**PO BOX 740594**
**Cincinnati, OH 45274**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred  **1/21**      Last 4 digits of account number   **4905**

---

Debtor 1   **Gerald Kenneth Mixon, Jr.**                                          Case number (if known) _____

    First Name        Middle Name        Last Name

| | | | | |
|---|---|---|---|---|

**2.6** | **PAY TOMORROW** | Describe the property that secures the claim: | $5,285.40 | $200.00 | $5,085.40

Creditor's Name

**PERSONAL PROPERTY-TIRES: DEBTOR TO SURRENDER INTERST**

**9920 KINCEY AVENUE**
**Huntersville, NC 28078**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   **12/21**        Last 4 digits of account number   **1604**

---

**2.7** | **REGIONAL FINANCE** | Describe the property that secures the claim: | $1,574.39 | $2,000.00 | $1,574.39

Creditor's Name

**HOUSEHOLD GOODS: 522(F) VOIDABLE**

**100 FORUM DRIVE, SUITE 4**
**Columbia, SC 29229**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred   **1/21**        Last 4 digits of account number   **9317**

---

**2.8** | **REGIONAL FINANCE** | Describe the property that secures the claim: | $203.94 | $2,000.00 | $203.94

Creditor's Name

**HOUSEHOLD GOODS: 522(F) VOIDABLE**

**100 FORUM DRIVE, SUITE 4**
**Columbia, SC 29229**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred   **1/21**        Last 4 digits of account number   **6171**

---

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number (if known) _____
     First Name     Middle Name     Last Name

---

| 2.9 | **REPUBLIC FINANCE** | | Describe the property that secures the claim: | $5,141.63 | $2,000.00 | $5,141.63 |

**REPUBLIC FINANCE**
Creditor's Name

**4760 HARDSCRABBLE ROAD**
**Columbia, SC 29229**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

Date debt was incurred    **1/20**

Describe the property that secures the claim:

**HOUSEHOLD GOODS: 522(F) VOIDABLE**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Last 4 digits of account number    **9491**

---

| 2.10 | **RNR TIRE EXPRESS** | | Describe the property that secures the claim: | $5,129.00 | $1,000.00 | $4,129.00 |

**RNR TIRE EXPRESS**
Creditor's Name

**717 BROAD STREET**
**Sumter, SC 29150**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

Date debt was incurred    **1/23**

Describe the property that secures the claim:

**PERSONAL PROPERTY-TIRES, RIMS: TO BE PAID IN PLAN**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

Last 4 digits of account number    **0001**

---

| 2.11 | **SECURITY FINANCE** | | Describe the property that secures the claim: | $2,863.12 | $2,000.00 | $2,863.12 |

**SECURITY FINANCE**
Creditor's Name

**415 RUTLEDGE STREET**
**Camden, SC 29020**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

Date debt was incurred    **1/21**

Describe the property that secures the claim:

**HOUSEHOLD GOODS: 522(F) VOIDABLE**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Last 4 digits of account number    **5447**

---

| Debtor 1 | **Gerald Kenneth Mixon, Jr.** | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.1 2 | **TITLEMAX** | Describe the property that secures the claim: | $10,000.00 | $9,974.00 | $26.00 |
|---|---|---|---|---|---|

Creditor's Name

**2014 GMC SIERRA 1500 TRUCK:**

**331 KILLIAN ROAD, STE 1-B**
**Columbia, SC 29229**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Loan**

Date debt was incurred   **1/23**        Last 4 digits of account number   **8821**

| 2.1 3 | **WELLS FARGO HOME MORTGAGE** | Describe the property that secures the claim: | $130,938.06 | $230,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**DEBTORS RESIDENCE-176 OLE STILL LANE, ELGIN SC 29045: DEBTOR TO REMAIN CURRENT AND CONTINUE TO PAY OUTSIDE OF PLAN**

**PO BOX 10335**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred   **4/03**        Last 4 digits of account number   **2029**

Debtor 1  **Gerald Kenneth Mixon, Jr.**

First Name       Middle Name       Last Name

Case number (if known) _____

| 2.1 4 | **WORLD FINANCE** | | | | |
|---|---|---|---|---|---|

| **WORLD FINANCE** | Describe the property that secures the claim: | $1,285.79 | $2,000.00 | $1,285.79 |
|---|---|---|---|---|

Creditor's Name

**HOUSEHOLD GOODS: 522(F) VOIDABLE**

**1009 MARKET STREET**
**Camden, SC 29020**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Non-Purchase Money Security**

Date debt was incurred  **1/21**        Last 4 digits of account number  **6593**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $193,486.36 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $193,486.36 |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ] Name, Number, Street, City, State & Zip Code
**JEFFERSON CAPITAL SYSTEMS**
**PO BOX 7999**
**Saint Cloud, MN 56302-9617**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**LENDMARK FINANCIAL**
**2118 USHER STREET NW**
**Covington, GA 30014**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**MARINER FINANCE**
**5802 E VIRGINIA BEACH BLVD, STE 121**
**Norfolk, VA 23502**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**PINK DOGWOOD 13**
**PO BOX 1931**
**Burlingame, CA 94011**

On which line in Part 1 did you enter the creditor?  **2.11**

Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**PORTFOLIO RECOVERY**
**PO BOX 41067**
**Norfolk, VA 23541**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

Debtor 1  **Gerald Kenneth Mixon, Jr.**                                   Case number (if known) _____

First Name          Middle Name          Last Name

[ ]    Name, Number, Street, City, State & Zip Code          On which line in Part 1 did you enter the creditor?  **2.8**
**REGIONAL FINANCE**
**979-B BATESVILLE ROAD**                                  Last 4 digits of account number ___
**Greer, SC 29651**

[ ]    Name, Number, Street, City, State & Zip Code          On which line in Part 1 did you enter the creditor?  **2.9**
**REPUBLIC FINANCE**
**282 TOWER RD**                                           Last 4 digits of account number ___
**Ponchatoula, LA 70454**

[ ]    Name, Number, Street, City, State & Zip Code          On which line in Part 1 did you enter the creditor?  **2.12**
**TITLEMAX**
**15 BULL STREET, STE 200**                                Last 4 digits of account number ___
**Savannah, GA 31401**

[ ]    Name, Number, Street, City, State & Zip Code          On which line in Part 1 did you enter the creditor?  **2.13**
**WELLS FARGO HOME MORTGAGE**
**PO BOX 1629**                                            Last 4 digits of account number ___
**Minneapolis, MN 55440**

[ ]    Name, Number, Street, City, State & Zip Code          On which line in Part 1 did you enter the creditor?  **2.14**
**WORLD FINANCE**
**PO BOX 6429**                                            Last 4 digits of account number ___
**Greenville, SC 29606**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

---

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **IRS** | Last 4 digits of account number **2029** | **$1,438.00** | **$1,438.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **PO BOX 7346** | When was the debt incurred? **2021** | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ☐ Disputed

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**          **Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**                    ☐ Domestic support obligations

■ No                    ■ Taxes and certain other debts you owe the government

☐ Yes                    ☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Federal Income Taxes**

---

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Gerald Kenneth Mixon, Jr.**

---

**4.1**    **AT&T**
Nonpriority Creditor's Name

**1 AT&T WAY, ROOM 3A104**
**Bedminster, NJ 07921**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **5697**                $336.79

When was the debt incurred?    **1/20**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

**4.2**    **CAPITAL ONE**
Nonpriority Creditor's Name

**PO BOX 71083**
**Charlotte, NC 28272**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **5697**                $316.67

When was the debt incurred?    **1/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

**4.3**    **CORA PHYSICAL THERAPY**
Nonpriority Creditor's Name

**21 GATEWAY CORNERS PARK,**
**SUITE 102**
**Columbia, SC 29203**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2029**                $3,520.00

When was the debt incurred?    **1/21**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bills**

---

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)*

---

| 4.4 | **KERSHAW COUNTY TREASURER** | Last 4 digits of account number | **2029** | **$0.00** |

Nonpriority Creditor's Name

**PO BOX 622**
**Camden, SC 29020**                   **When was the debt incurred?**

Number Street City State Zip Code

Who incurred the debt? Check one.                   **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only                   ☐ Contingent
- ☐ Debtor 2 only                   ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
- ☐ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**                   ☐ Student loans
- **Is the claim subject to offset?**                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No                   ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                   ■ Other. Specify    **Notice Only**

---

| 4.5 | **MISSION LANE** | Last 4 digits of account number | **0885** | **$550.00** |

Nonpriority Creditor's Name

**PO BOX 23075**
**Columbus, GA 31902**                   **When was the debt incurred?**    **1/21**

Number Street City State Zip Code

Who incurred the debt? Check one.                   **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only                   ☐ Contingent
- ☐ Debtor 2 only                   ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
- ☐ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**                   ☐ Student loans
- **Is the claim subject to offset?**                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No                   ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                   ■ Other. Specify    **Credit card purchases**

---

| 4.6 | **QUANTUM 3 GROUP** | Last 4 digits of account number | **5697** | **$388.84** |

Nonpriority Creditor's Name

**PO BOX 788**
**Kirkland, WA 98083**                   **When was the debt incurred?**    **1/22**

Number Street City State Zip Code

Who incurred the debt? Check one.                   **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only                   ☐ Contingent
- ☐ Debtor 2 only                   ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
- ☐ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**                   ☐ Student loans
- **Is the claim subject to offset?**                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No                   ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                   ■ Other. Specify    **Collections-GENESIS FS**

---

Debtor 1    **Gerald Kenneth Mixon, Jr.**

Case number *(if known)*

---

| 4.7 | **SC DEPT OF REVENUE** | Last 4 digits of account number | **2029** | **$0.00** |

Nonpriority Creditor's Name
**PO BOX 12265**
**Columbia, SC 29211**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

---

| 4.8 | **STERN RECOVERY** | Last 4 digits of account number | **2029** | **$124.00** |

Nonpriority Creditor's Name
**PO BOX 14899**
**Greensboro, NC 27415**
Number Street City State Zip Code

When was the debt incurred?    **1/21**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections**

---

| 4.9 | **TEK COLLECT** | Last 4 digits of account number | **2029** | **$2,019.00** |

Nonpriority Creditor's Name
**PO BOX 1269**
**Columbus, OH 43216**
Number Street City State Zip Code

When was the debt incurred?    **1/21**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections**

---

Debtor 1    **Gerald Kenneth Mixon, Jr.**

Case number (if known)

---

| 4.1 0 | **VERIZON** | Last 4 digits of account number  **5697** | $2,987.12 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 4457**
**Houston, TX 77210**

Number Street City State Zip Code

When was the debt incurred?    **1/20**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Line of Credit**

---

| 4.1 1 | **WELLS FARGO** | Last 4 digits of account number  **5697** | $2,609.30 |
|---|---|---|---|

Nonpriority Creditor's Name

**435 FORD ROAD, STE 300**
**Minneapolis, MN 55426**

Number Street City State Zip Code

When was the debt incurred?    **1/20**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Line of Credit**

---

| 4.1 2 | **WELLS FARGO** | Last 4 digits of account number  **5697** | $3,744.57 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 10438**
**Des Moines, IA 50306**

Number Street City State Zip Code

When was the debt incurred?    **1/20**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Line of Credit**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address    On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1   **Gerald Kenneth Mixon, Jr.**

Case number (*if known*) _____

**GENESIS FS CARD SERVICES**
**PO BOX 4499**
**Beaverton, OR 97076**

Line **4.6** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 1,438.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 1,438.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 16,596.29 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 16,596.29 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |
| 2.2 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |
| 2.3 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |
| 2.4 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |
| 2.5 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
    amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **ANGELA MIXON**<br>**176 OLE STILL LANE**<br>**Elgin, SC 29045** | ■ Schedule D, line ___**2.13**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**WELLS FARGO HOME MORTGAGE** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

<u>Official Form 106I</u>

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | SOCIAL SECURITY/RETIREMENT | ASSISTANT TEACHER |
| | **Employer's name** | SOCIAL SECURITY/RETIREMENT | SCHOOL DISTRICT OF KERSHAW COUNTY |
| | **Employer's address** | | 2029 WEST DEKALB STREET Camden, SC 29020 |
| | **How long employed there?** | | 16 YEARS |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 1,999.08 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 1,999.08 |

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | | $ 0.00 | $ 1,999.08 |
| **5. List all payroll deductions:** | | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 0.00 | $ 302.34 |
| 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ 179.92 |
| 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | | $ 0.00 | $ 263.18 |
| 5f. Domestic support obligations | 5f. | | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: | 5h.+ | | $ 0.00 + | $ 0.00 |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ 745.44 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 0.00 | $ 1,253.64 |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | | $ 2,016.40 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify:    **GUIARDIAN INSURANCE** | 8f. | | $ 163.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | | $ 1,972.37 | $ 0.00 |
| 8h. Other monthly income. Specify: | 8h.+ | | $ 0.00 + | $ 0.00 |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 4,151.77 | $ 0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 4,151.77 + $ 1,253.64 = | $ 5,405.41 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                                                                11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                12. $ 5,405.41

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:    **DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO INCOME WITHIN THE NEXT YEAR.**

251 - 04 - 2029



**Social Security Administration**
**Benefit Verification Letter**

Date. January 23, 2023
BNC# 23JV800E24693
REF A  C2, D1

ԻԱ|Ա|||Ո||||ԻԱ|Ո|||Ո||Ո||||Ո|Ո||Ո||Ո|||Ո|||ԻԱ|
GERALD KENNETH MIXON JR
176 OLE STILL LN
ELGIN SC 29045-8518

RECEIVED

JAN 27 2023

CUSTOMER INTAKE

You asked us for information from your record  The information that you requested
is shown below  If you want anyone else to have this information, you may send
them this letter

### Information About Current Social Security Benefits

Beginning December 2022  the full monthly Social Security benefit before any
deductions is $2,016 40

We deduct $64 90 for medical insurance premiums each month

The regular monthly Social Security payment is $1,951 00
(We must round down to the whole dollar )

Social Security benefits for a given month are paid the following month  (For
example, Social Security benefits for March are paid in April )

Your Social Security benefits are paid on or about the fourth Wednesday of each
month

We found that you became disabled under our rules on 

### Information About Past Social Security Benefits

From December 2021 to November 2022, the full monthly Social Security benefit
before any deductions was $1,855 10

We deducted $110 10 for medical insurance premiums each month

The regular monthly Social Security payment was $1,745 00
(We must round down to the whole dollar )

### Type of Social Security Benefit Information

You are entitled to monthly disability benefits

See Next Page

23JV300E24693                                               Page 2 of 3

**Information About Current Social Security Benefits**

Beginning June 1987 the full monthly Social Security benefit before any deductions is $0 00

We deduct $0 00 for medical insurance premiums each month

The regular monthly Social Security payment is $0 00
(We must round down to the whole dollar )

Benefits were stopped beginning June 1987

Social Security benefits for a given month are paid the following month (For example Social Security benefits for March are paid in April )

Your Social Security benefits are paid on or about the second Wednesday of each month

**Type of Social Security Benefit Information**

You are entitled to monthly benefits as a dependent of the wage earner

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning ████████

You are entitled to medical insurance under Medicare beginning ████

Your Medicare number is 2Y57QX4NK32 You may use this number to get medical services while waiting for your Medicare card

If you have any questions, please log into Medicare gov or call 1-800-MEDICARE (1-800-633-4227)

**Date of Birth Information**

The date of birth shown on our records is ████████

**Suspect Social Security Fraud?**

Please visit http //oig ssa gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101)

**If You Have Questions**

**Need more help?**

1  Visit www ssa gov for fast, simple and secure online service
2  Call us at **1-800-772-1213**, weekdays from 8 00 am to 7 00 pm If you are deaf or hard of hearing, call TTY **1-800-325-0778** Please mention this letter when you call
3  You may also call your local office at **1-866-964-7594**

SOCIAL SECURITY
11FL STHURMOND FED BLD
1835 ASSEMBLY ST
COLUMBIA SC 29201

23JV300E24693

**How are we doing?**  Go to www ssa gov/feedback to tell us

*Social Security Administration*

**PEBA**
SC Retirement Systems
and State Health Plan

**South Carolina Public Employee Benefit Authority**
202 Arbor Lake Drive | Columbia, SC 29223
803.737.6800 | 888.260.9430
www.peba.sc.gov

February 2, 2023

GERALD K MIXON JR
176 OLE STILL LANE
ELGIN SC 29045

RE:   GERALD K MIXON JR
      SSN XXX-XX-2029
      South Carolina Retirement System

Dear Payee:

The amounts listed below reflect your 1/31/2023 retirement annuity payment from the South Carolina Retirement Systems.

Payment made 1/31/2023:

| | |
|---|---|
| GROSS | $2,001.69 |
| FEDERAL WITHHOLDING | 5.16 |
| STATE WITHHOLDING | 24.16 |
| NET | $1,972.37 |

Please call our Customer Contact Center at (803) 737-6800 or 888-260-9430 if you have any questions regarding your benefit.

Sincerely,

South Carolina Retirement Systems

FORM 7330 – RCOPS019  2/2/2017

*Serving those who serve South Carolina*
Health insurance | Retirement benefits | 401(k) | 457(b) | Dental | Vision | Life insurance | Long term disability | Flexible spending accounts

**SCHOOL DISTRICT OF KERSHAW COUNTY**
EARNINGS STATEMENT

| PAY PERIOD | DEPOSIT DATE | LOCATION | DEPOSIT NUMBER |
|---|---|---|---|
| FEB 15, 2023 | FEB 15, 2023 | 60 | 11245907 |

| EMPLOYEE NAME | SSN | EXEMPTIONS | | | | | ADDITIONAL TAX | |
|---|---|---|---|---|---|---|---|---|
| ANGELA A MIXON | ***-**-5697 | FED: 0 | STATE: 0 | M/S S | | | FED: 0.00 | STATE: 0.00 |

| EARNINGS | HOURS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | LEAVE TYPE | LEAVE BAL AS OF |
|---|---|---|---|---|---|---|---|---|
| REG | 0.00 | $999.54 | $2,998.62 | SC RET | $89.96 | $269.88 | JAN 30, 2023 | |
| | | | | BC/BS* | $71.93 | $215.79 | SICK | 94.00 |
| | | | | DENPLUS* | $31.02 | $93.06 | | |
| | | | | COL LIFE | $13.00 | $39.00 | | |
| | | | | DENTAL* | $6.86 | $20.58 | | |
| | | | | SUP DISAB | $3.74 | $11.22 | | |
| | | | | OPT LIF* | $3.90 | $10.60 | | |
| | | | | S OP LIF | $1.44 | $4.32 | | |
| GROSS PAY | | $999.54 | $2,998.62 | | | | | |
| FICA | | $67.79 | $203.37 | | | | | |
| FEDERAL | | $60.12 | $190.36 | | | | | |
| STATE | | $23.26 | $69.78 | | | | | |
| TOT DED | | $221.55 | $664.85 | | | | | |
| NET PAY | | $626.92 | $1,880.48 | | | | | |

| ABSENT EMPLOYEE | HRS | DATE WORKED | ACCOUNT | AMT | PAY TYPE | RATE | AMT PAID | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**THIS IS NOT A CHECK, DO NOT CASH.**



**SCHOOL DISTRICT OF KERSHAW COUNTY**
2029 West DeKalb St.
Camden, SC 29020

**DIRECT DEPOSIT NOTIFICATION**

| DEPOSIT NUMBER | 11245907 |
|---|---|
| DATE | FEB 15, 2023 |
| AMOUNT | $626.92 |

DEPOSIT   $*********626 DOLLARS AND 92 CENTS

IN THE
ACCOUNT
OF

ANGELA A MIXON          60
176 OLE STILL LANE
ELGIN, SC  29045

| BANK ACCOUNTS |
|---|
| |

# NON-NEGOTIABLE

000584   DD

**SCHOOL DISTRICT OF KERSHAW COUNTY**
2029 West DeKalb St.
Camden, SC 29020

ANGELA A MIXON          60
176 OLE STILL LANE
ELGIN, SC  29045

### SCHOOL DISTRICT OF KERSHAW COUNTY
#### EARNINGS STATEMENT

| PAY PERIOD | DEPOSIT DATE | LOCATION | DEPOSIT NUMBER |
|---|---|---|---|
| DEC 30, 2022 | DEC 30, 2022 | 60 | 11241561 |

| EMPLOYEE NAME | SSN | EXEMPTIONS | | | | ADDITIONAL TAX | |
|---|---|---|---|---|---|---|---|
| ANGELA A MIXON | ***-**-5697 | FED: 0 | STATE: 0 | M/S S | | FED: 0.00 | STATE: 0.00 |

| EARNINGS | HOURS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | LEAVE TYPE | LEAVE BAL AS OF |
|---|---|---|---|---|---|---|---|---|
| REG | 0.00 | $999.54 | $23,425.26 | SC RET | $89.96 | $2,334.68 | | DEC 15, 2022 |
| EXCEPT P | 0.00 | $.00 | $2,515.00 | BC/BS* | $71.93 | $1,726.32 | SICK | 97.00 |
| | | | | DENPLUS* | $31.02 | $744.48 | | |
| | | | | COLLIFE | $13.00 | $312.00 | | |
| | | | | DENTAL* | $6.86 | $164.64 | | |
| | | | | SUPDISAB | $3.74 | $43.56 | | |
| | | | | OPT LIF* | $3.60 | $113.90 | | |
| | | | | S OP LIF | $1.44 | $45.56 | | |
| GROSS PAY | | $999.54 | $25,940.26 | | | | | |
| FICA | | $67.78 | $1,774.11 | | | | | |
| FEDERAL | | $65.23 | $1,775.22 | | | | | |
| STATE | | $34.97 | $959.27 | | | | | |
| TOT DED | | $221.55 | $5,485.14 | | | | | |
| NET PAY | | $610.10 | $15,946.52 | | | | | |

| ABSENT EMPLOYEE | HRS | DATE WORKED | ACCOUNT | AMT | PAY TYPE | RATE | AMT PAID | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**THIS IS NOT A CHECK, DO NOT CASH.**



### SCHOOL DISTRICT OF KERSHAW COUNTY
2029 West DeKalb St.
Camden, SC 29020

### DIRECT DEPOSIT NOTIFICATION

| DEPOSIT NUMBER | 11241561 |
|---|---|
| DATE | DEC 30, 2022 |
| AMOUNT | $610.10 |

DEPOSIT    $*********610 DOLLARS AND 10 CENTS

IN THE ACCOUNT OF    ANGELA A MIXON    60
176 OLE STILL LANE
ELGIN, SC 29045

BANK ACCOUNTS


# NON-NEGOTIABLE

000561    DD



### SCHOOL DISTRICT OF KERSHAW COUNTY
2029 West DeKalb St.
Camden, SC 29020

ANGELA A MIXON    60
176 OLE STILL LANE
ELGIN, SC 29045

| EMPLOYEE NAME | | SSN | | | EXEMPTIONS | | | | ADDITIONAL TAX | |
|---|---|---|---|---|---|---|---|---|---|---|
| ANGELA A MIXON | | ***-**-5697 | FED: | 0 | STATE: | 0 | M/S | S | FED: 0.00 | STATE: 0.00 |

| EARNINGS | HOURS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | LEAVE TYPE | LEAVE BAL AS OF |
|---|---|---|---|---|---|---|---|---|
| REG | 0.00 | $999.54 | $1,999.08 | SC RET | $89.96 | $178.92 | JAN 13, 2023 | |
| | | | | BC/BS* | $71.93 | $143.86 | SICK | 95.00 |
| | | | | DENPLUS* | $31.02 | $62.04 | | |
| | | | | COLLIFE | $13.00 | $26.00 | | |
| | | | | DENTAL* | $6.86 | $13.72 | | |
| | | | | SUPDISAB | $3.74 | $7.48 | | |
| | | | | OPT LIF* | $3.60 | $7.20 | | |
| GROSS PAY | | $999.54 | $1,999.08 | S OP LIF | $1.44 | $2.88 | | |
| FICA | | $67.79 | $135.58 | | | | | |
| FEDERAL | | $60.12 | $120.24 | | | | | |
| STATE | | $23.20 | $46.52 | | | | | |
| TOT DED | | $221.55 | $443.10 | | | | | |
| NET PAY | | $620.92 | $1,253.64 | | | | | |

| ABSENT EMPLOYEE | HRS | DATE WORKED | ACCOUNT | AMT | PAY TYPE | RATE | AMT PAID | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

THIS IS NOT A CHECK, DO NOT CASH.



**SCHOOL DISTRICT OF KERSHAW COUNTY**
2029 West DeKalb St.
Camden, SC 29020

**DIRECT DEPOSIT NOTIFICATION**

| DEPOSIT NUMBER | 11244394 |
|---|---|
| DATE | JAN 30, 2023 |
| AMOUNT | $626.82 |

DEPOSIT  $*********626 DOLLARS AND 82 CENTS

IN THE ACCOUNT OF   ANGELA A MIXON   60
176 OLE STILL LANE
ELGIN, SC 29045

| BANK ACCOUNTS |
|---|

# NON-NEGOTIABLE



**SCHOOL DISTRICT OF KERSHAW COUNTY**
2029 West DeKalb St.
Camden, SC 29020

ANGELA A MIXON   60
176 OLE STILL LANE

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1 and    ☐ Yes.  Fill out this information for
    Debtor 2.                              each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $            **1,114.86** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $                  **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $                  **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $              **100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $                  **6.25** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $                  **0.00** |

Debtor 1    **Gerald Kenneth Mixon, Jr.** _____      Case number (if known) _____

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a. $ **250.00** |
| | 6b.   Water, sewer, garbage collection | 6b. $ **79.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ **185.00** |
| | 6d.   Other. Specify: | 6d. $ **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ **700.00** |
| 8. | **Childcare and children's education costs** | 8. $ **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ **150.00** |
| 10. | **Personal care products and services** | 10. $ **100.00** |
| 11. | **Medical and dental expenses** | 11. $ **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | |
| | Do not include car payments. | 12. $ **500.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ **100.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ **0.00** |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. $ **0.00** |
| | 15b.  Health insurance | 15b. $ **0.00** |
| | 15c.  Vehicle insurance | 15c. $ **200.00** |
| | 15d.  Other insurance. Specify: | 15d. $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | |
| | Specify:  **AUTO PROPERTY TAXES** | 16. $ **25.00** |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ **0.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. $ **0.00** |
| | 17c.  Other. Specify: | 17c. $ **0.00** |
| | 17d.  Other. Specify: | 17d. $ **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | 19. $ |
| | Specify: | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a.  Mortgages on other property | 20a. $ **0.00** |
| | 20b.  Real estate taxes | 20b. $ **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e. $ **0.00** |
| 21. | **Other:** Specify:   **MEDICAL INSURANCE PREMIUM FROM SOCIAL SECURITY** | 21. +$ **64.90** |
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ **3,625.01** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ **3,625.01** |
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ **5,405.41** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ **3,625.01** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ **1,780.40** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    Explain here: **DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO EXPENSES WITHIN THE NEXT YEAR.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Gerald Kenneth Mixon, Jr.**              X _____
**Gerald Kenneth Mixon, Jr.**                    Signature of Debtor 2
Signature of Debtor 1

Date **February 24, 2023**                         Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                      Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | SOCIAL SECURITY/RETIREMENT | $8,036.18 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | SOCIAL SECURITY/RETIREMENT | $45,000.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | SOCIAL SECURITY/RETIREMENT | $44,683.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1   **Gerald Kenneth Mixon, Jr.**                                          Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **WELLS FARGO HOME MORTGAGE PO BOX 10335 Des Moines, IA 50306** | **FEBRUARY 2023** | **$1,114.86** | **$133,000.00** | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |
| **WELLS FARGO HOME MORTGAGE PO BOX 10335 Des Moines, IA 50306** | **JANUARY 2023** | **$1,114.86** | **$133,000.00** | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |
| **WELLS FARGO HOME MORTGAGE PO BOX 10335 Des Moines, IA 50306** | **DECEMBER 2022** | **$1,114.86** | **$133,000.00** | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)* _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1   **Gerald Kenneth Mixon, Jr.**                                          Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MOSS & ASSOCIATES, ATTORNEYS P.A.**<br>**816 ELMWOOD AVENUE**<br>**COLUMBIA, SC 29201** | **ATTORNEYS FEES: $686.00**<br>**FILING FEE: $313.00** | **FEBRUARY 2023** | $999.00 |
| **1$WISER CONSUMER EDUCATION**<br>**6650 RIVERS AVENUE, STE 100**<br>**Charleston, SC 29406** | **CREDIT COUNSELING: $0.00** | **FEBRUARY 2023** | $0.00 |
| **MOSS & ASSOCIATES, ATTORNEYS P.A.**<br>**816 ELMWOOD AVENUE**<br>**COLUMBIA, SC 29201** | **ATTORNEYS FEES PAID THROUGH DEBTORS PREVIOUS CHAPTER 13 BANKRUPTCY: $1,375.00** | **OCTOBER 2022** | $1,375.00 |
| **MOSS & ASSOCIATES, ATTORNEYS P.A.**<br>**816 ELMWOOD AVENUE**<br>**COLUMBIA, SC 29201** | **ATTORNEYS FEES: $686.00**<br>**FILING FEES: $313.00** | **APRIL 2022** | $999.00 |
| **CC ADVISING, INC.**<br>**730 WASHINGTON AVE.**<br>**SUITE 230-D**<br>**Bay City, MI 48708-5732** | **CREDIT COUNSELING: 9.76** | **APRIL 2022** | $9.76 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1   **Gerald Kenneth Mixon, Jr.**                                    Case number *(if known)* _____

---

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐  **No**
☑  **Yes. Fill in the details.**

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **WELLS FARGO**<br>**PO BOX 6995**<br>**Portland, OR 97228-6995** | **XXXX-2029** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **SEPTEMBER 2021** | **$0.00** |

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑  **No**
☐  **Yes. Fill in the details.**

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑  **No**
☐  **Yes. Fill in the details.**

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑  **No**
☐  **Yes.  Fill in the details.**

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

---

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                                    Case number *(if known)*

---

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                         Case number *(if known)* _____

---

**Part 12:**    Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Gerald Kenneth Mixon, Jr.** _____                    _____

**Gerald Kenneth Mixon, Jr.**                                           **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **February 24, 2023** _____                        Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td>

**Fill in this information to identify your case:**

Debtor 1   **Gerald Kenneth Mixon, Jr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of South Carolina

Case number
(if known)

</td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

■ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 1,999.08 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| Debtor 1 | | |
| --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from a business, profession, or farm $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| Debtor 1 | | |
| --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from rental or other real property $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                        Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .............................................................. $ 0.00

For your spouse ............................................... $ 0.00

9. **Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.**

$ 2,001.69    $ 0.00

10. **Income from all other sources not listed above. Specify the source and amount.** Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

GUARDIAN INSURANCE                   $ 163.00    $ 0.00

_____    $ 0.00    $ 0.00

Total amounts from separate pages, if any.    + $ 0.00    $ 0.00

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 2,164.69  + $ 1,999.08  = $ 4,163.77

**Total average monthly income**

---

**Part 2:**    Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11.    $ 4,163.77

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

■ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____    $ _____
_____    $ _____
_____  + $ _____

Total                                $ 0.00    Copy here=>   - 0.00

14. **Your current monthly income.** Subtract line 13 from line 12.    $ 4,163.77

15. **Calculate your current monthly income for the year.** Follow these steps:

15a.  Copy line 14 here=>    $ 4,163.77

Debtor 1    **Gerald Kenneth Mixon, Jr.**                                              Case number (*if known*) _____

| | | |
|---|---|---|
| Multiply line 15a by 12 (the number of months in a year). | | **x 12** |
| 15b. The result is your current monthly income for the year for this part of the form. ........................................... | $ | **49,965.24** |

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. _____ **SC**

16b. Fill in the number of people in your household. _____ **2**

16c. Fill in the median family income for your state and size of household. ..................    $    **67,050.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ■  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

| | | |
|---|---|---|
| 18. **Copy your total average monthly income from line 11 .** | $ | **4,163.77** |

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.    -$    **0.00**

19b. **Subtract line 19a from line 18.**    $    **4,163.77**

20. **Calculate your current monthly income for the year.**  Follow these steps:

20a. Copy line 19b    $    **4,163.77**

Multiply by 12 (the number of months in a year).    **x 12**

20b. The result is your current monthly income for the year for this part of the form    $    **49,965.24**

20c. Copy the median family income for your state and size of household from line 16c    $    **67,050.00**

21. **How do the lines compare?**

■  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X  /s/ Gerald Kenneth Mixon, Jr.** _____

**Gerald Kenneth Mixon, Jr.**
Signature of Debtor 1

Date  **February 24, 2023** _____
MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Debtor 1    **Gerald Kenneth Mixon, Jr.** _____    Case number (*if known*) _____

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re   **Gerald Kenneth Mixon, Jr.**

Debtor(s)

Case No. _____

Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____   $ _____ **4,000.00**

   Prior to the filing of this statement I have received _____   $ _____ **686.00**

   Balance Due _____   $ _____ **3,314.00**

2. $ **313.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, motions to incur debt, motions to sell property, moratoriums, motions to reconsider, plan modifications after confirmation, motions to reopen, motions to redeem, or any other adversary proceeding, Defending §362 Motion by creditor, Defending Motion to Dismiss, Resolve Petition to Dismiss by Trustee, Combined §362 Motion by creditor and attending court, Motion to reinstate Automatic Stay or resumption of payment, Motion to modify post-confirmation plan, Motion for Substitution of Collateral, Motion to modify post-confirmation plan due to change in circumstances requiring new Schedule I and Schedule J, Motion to incur debt. Motion to sell property, Prevention of §362 Motion, Defending §362 Motion by creditor after a previous claim for prevention has been filed, Motion Establishing Priority of Tax Claim requiring post-confirmation plan modification, Objection to Creditor's Proof of Claim requiring post-confirmation plan modification or Plan STIP, Motion for Moratorium, Motion to Substitute Attorney, Taking over case,   Address change in estate, Post-Petition consultation relating to Tax Return, Attorney Review/Release of Mortgage communication waiver, Application to Employ, Application for Settlement, Creditor Violation Letter, Consent Order Approving Loan Modification, Consent Order Lifting the Stay (to proceed in family court), Negotiation with Mortgage Creditor for Loan Modification, Negotiation with Mortgage Creditor for Loan Modification, Payable in (3) monthly installments beginning 30 days after Case filing (Portal and Non-Portal), Motion to Approve Final Loan Modification Agreement,  Motion to Incur in efforts to Modify Mortgage Loan Mortgage, Loan Modification Report, Post Modification Forbearance Agreement/Workout, Letter to Appeal Denial of Loan Modification, Motion to Reinstate after Dismissal, Application for settlement to use insurance proceeds, Defense of Modification, Defense of Modification, Adequate Protection Request, Motion to Use Cash Collateral, Post Modification Forbearance Agreement/Workout File, Secured Creditor Claim, Direction of Pay/ Total Loss, Consent Order to Distribute Insurance Proceeds, Objection to Proof of Claims, Motion to Dismiss as**

In re    **Gerald Kenneth Mixon, Jr.**                                    Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**to Deceased Debtor, Letter of Authorization, Student Loanify, Motion to Complete Case Before Plan Term, Negoitaion with Trustee, and STIP payment Request and Analysis.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 24, 2023**                                    **/s/ JASON T. MOSS**
_____        _____
*Date*                                                          **JASON T. MOSS 7240**
                                                                    *Signature of Attorney*
                                                                    **MOSS & ASSOCIATES, ATTORNEYS P.A.**
                                                                    **816 ELMWOOD AVENUE**
                                                                    **COLUMBIA, SC 29201**
                                                                    **(803)-933-0202   Fax: (803)-933-9941**
                                                                    **lindsey@mossattorneys.com**
                                                                    _____
                                                                    *Name of law firm*

# Moss & Associates
## ATTORNEYS, P.A.

**Offices:**
Columbia: 803-933-0202
Greenville: 864-272-3413
Charleston: 843-744-3002
**www.mossattorneys.com**

---

"SOUTH CAROLINA'S LARGEST BANKRUPTCY FILER"

---

### BANKRUPTCY RETAINER AGREEMENT

Moss & Associates, Attorneys P.A. and the undersigned client (referred to herein as "Client"), do on this date enter into an agreement (contract) for legal services pursuant to the terms and conditions set forth herein. We are a debt relief agency and assist people in filing for bankruptcy under the Federal Bankruptcy Code.

### I. Subject

Subject to the terms and conditions of this agreement, Moss & Associates, Attorneys P.A. shall furnish legal services related to the following type of bankruptcy case:

    ✓ Chapter 13 (Reorganization)    _____ Mortgage Modification Mitigation

    _____ Chapter 7 (Liquidation)    _____ Chapter 11 (Business)

### II. Fees and Costs

In exchange for legal services specified herein, Client agrees to pay Moss & Associates, Attorneys, P.A. fees as follows:

### PAYMENT SCHEDULE

**BANKRUPTCY**

**LOAN MODIFICATION**

686 Attorney's Fees Down    $850 by _____

313 Court Filing Fee    $850 by _____

999 **Total Amount Due Prior to Filing Case**

( 100 ) Down Payment (Retainer)    **$1,700 in additional fees**

899 **Balance Due No Later Than** JAN , 2023

In Chapter 13 cases, $ __3314__ shall be included as a claim in Client's Chapter 13 Plan. No such claim exists in Chapter 7 cases.

The parties agree that Client will follow the payment schedule specified above.   The parties acknowledge that the total cost specified does not guarantee success in mortgage modification, since the bank makes the ultimate determination. Fees for any potential federal or state adversary proceeding or related demand shall be forty percent of the recovery plus costs, unless otherwise agreed upon by parties.

Moss & Associates, Attorneys P.A. agrees that, in exchange for payment of the above specified fees, Moss & Associates, Attorneys P.A. shall perform all services associated with the bankruptcy matter including correspondence with clients, Trustee and Court regarding case administration, the creation and filing of a certification of Plan Completion, request for discharge and financial management certificate or other documents necessary for case closing and discharge. Additional supplemental fees may result in any case for work necessary as a result of unanticipated issues arising pre or post-confirmation, matters involving the default or variance from the terms of a confirmed plan, adversary proceedings, an appeal, or other compelling factors not present in a typical case.  Client shall be responsible for such fees.  Client acknowledges that Moss & Associates, Attorneys P.A. may be able to file a supplemental claim with the bankruptcy court, which would allow payment out of assets of the estate or Chapter 13 plan payments, which could result in an increase in Trustee payment and a smaller dividend to unsecured creditors.  The terms of such supplemental fees are subject to change during the case.  By signing this agreement, Client agrees to allow Moss & Associates, Attorneys P.A. to file such claims with the court without further written agreement, if such work is completed by Moss & Associates, Attorneys P.A.  The parties further agree that all fees paid under this agreement are non-refundable and earned immediately by Moss & Associates, Attorneys, P.A., except as set out in the Termination clause below.  Moss & Associates, Attorneys, P.A. agrees that all basic costs associated with the case, including copies, telephone, electronic filing, etc. are included.  Client, however, agrees that other costs, such as supplemental fees not included in the initial fee.

### III. Termination

Either party may terminate this Agreement under the following terms and conditions: first, Moss & Associates, Attorneys P.A. may withdraw from this matter and take any appropriate actions upon failure of Client to pay in a timely manner; second, Moss & Associates, Attorneys P.A. may withdraw from this matter if they determine that they have developed irreconcilable differences with the Client; and third, Client may terminate this agreement if client becomes dissatisfied with the services of Moss & Associates, Attorneys, P.A.  Fees paid by Client are non-refundable, and though if Moss & Associates, Attorneys, P.A. voluntarily withdraws or Client terminates the agreement for good cause, Moss & Associates, Attorneys, P.A. may, at it's discretion, allow a refund of all or a portion of the fees paid by Client.

_____
Client

_____
Client

Moss & Associates, Attorneys P.A.

By: _____

Date: _____1-24-23_____

Notice to Consumer Debtor of Available Bankruptcy Options:

Chapter 7: Liquidation
  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing creditors. Under Chapter 7, a trustee takes possession of all of your property. You may claim a certain amount of your property as exempt under governing federal and state law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities set by the Code.
  The purpose of filing a Chapter 7 is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Code, your discharge may be denied by the Court, and the purpose for which you filed the Bankruptcy petition will be defeated. Even if you receive a discharge, there are some debts that are not dischargable under the law. Therefore, you may still be responsible for such debts including, but not limited to, certain taxes, student loans, alimony and child support, criminal restitution, and death or personal injury caused by driving while intoxicated from alcohol or drugs.
  Under certain circumstances you may keep property that you have purchased subject to valid security interest. This will be explained by your attorney.

Chapter 11 (Reorganization)
  Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are complex and any decision to file a Chapter 11 Petition should be made in consultation with an attorney.

Chapter 12 (Family Farmer)
  Chapter 12 is designed to permit family farmers to repay their debtors over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

Chapter 13: (Repayments of all or part of the debtors of an individual).
  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their creditors but are able to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in Code.
  Under Chapter 13, you must file a plan with the Court to repay your creditors all or part of the money that you owe them, using future earnings. Usually, the period allowed by the Court to repay debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect. Under Chapter 13, unlike a Chapter 7, you may keep your property, both exempt and nonexempt, as long as you continue to make payments according to the plan.
  After completion of payments under your plan, most of your debts are discharged, with the exception of certain taxes, student loans, alimony and support payments, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## OTHER IMPORTANT NOTICES

The information you provide to this law firm and your bankruptcy attorney is critical and must be completely accurate. Giving false information to your attorney may lead to the denial of your discharge, dismissal of your case, fines, and imprisonment.

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury in connection with a case under this title shall be subject to fine, imprisonment, or both. In addition, all information supplied by a debtor in connection with a case filed under the bankruptcy code is subject to examination by the Attorney General.

Also available to you is credit counseling, which may be done by this law firm or another entity. Generally, credit counseling involves a collection of your debts with proposed work out plans with your creditors. These plans may allow you to repay your debts in a structured plan over time. These plans are optional for the creditors and may be viewed negatively on your credit report.

You must provide proof of a completed credit counseling course prior to filing for bankruptcy.

In addition, all information that you provide with a petition and thereafter during a case under the Bankruptcy Code must be complete, accurate, and truthful.

All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence a case, and the replacement value of each asset as defined in Section 506 of the Bankruptcy Code must be stated in any documents requested after an inquiry to establish such value.

Also, current monthly income, the amounts specified in Section 707(b)(2), and, in a case under Chapter 13 of the Code, disposable income must be stated as defined in 707(b)(2) after a reasonable inquiry has been made.

The information you provide our office and used in your case may be audited pursuant to this title, and that failure to provide such information may result in dismissal of the case under other sanctions, including a criminal sanction.

While providing our office the information on your case, you must value your assets at replacement value. Replacement value is defined as what an item would cost if it were lost or destroyed and one of equivalent value must take its place. A common source for replacing items on a national level is through EBAY, which is an internet auction website. Nearly every item imaginable is available to be purchased, including; cars, clothes, furniture, appliances, painting, electronics and other common household items. However, replacement value on a car may involve other factors, such as dealer costs, which would increase the potential value. Noteworthy, with respect to property acquired for personal, family, or household purposes, replacement value shall mean the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined. The time for valuation is the date of the filing of the petition, without deduction for cost of sale or marketing.

You will also have to provide our office with your current monthly disposable income. Your income, with certain exemptions, generally is derived from all sources for the past six months. You must also provide our office with your current monthly expenses. We will assist you in comparing your expenses to those with similar living standards.

You must also provide us with a complete list of your creditors. All creditors must be listed, and failure to list could result in the denial of your discharge or dismissal. You must provide us with full addresses, phone numbers, account numbers, amount owed and the date the

account was open. The amount owed is generally the payoff, or an estimate of any potential deficiency. Failure to provide this information could result in the creditor's claim surviving the Bankruptcy. Also, if you pay child support you must provide us with the guardian parent's names, address, phone number and county where you pay support.

Certain property that you own will be considered exempt under current state and federal law. We will assist you in claiming an exemption through your case so this property is not taken by the trustee in a Chapter 7 case, or nonexempt equity does not have to be covered through your repayment plan in a Chapter 13. Failure to disclose or take an exemption in property could result in the loss of that property or an increase in your chapter 13 plan payment.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM A ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, can hire an attorney to represent you, or you can get help in some localities from a Bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine Bankruptcy case to help you evaluate how much service you need. Although Bankruptcy can be complex, many cases are routine.

Before filing a Bankruptcy case, you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a Bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the Bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a "trustee" and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help in deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will before a Bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your Bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in Bankruptcy court, but only attorneys, not Bankruptcy petition preparers, can give you legal advice.

## DISCLOSURE OF ADDITIONAL ATTORNEY'S FEES

TYPE: Chapter 13 Bankruptcy for the United States Bankruptcy Court, the District of South Carolina.

**Priority Claims for Supplemental Attorney's Fees**

| TYPE 1: | Defending §362 Motion by Creditor | Amount: $885 |
|---|---|---|
| TYPE 2: | Amending Schedules to Add Creditor | Amount: $195 |
| TYPE 3: | Resolve Petition to Dismiss by Trustee | Amount: $185 |
| TYPE 4: | Combined §362 Motion by Creditor and Attending Court | Amount: $985 |
| TYPE 5: | Motion to Reinstate Automatic Stay or Resumption of Payment | Amount: $900 |
| TYPE 6: | Motion to Modify Post-confirmation Plan | Amount: $985 |
| TYPE 7: | Motion for Substitution of Collateral | Amount: $1285 |
| TYPE 8: | Motion to Modify Post-confirmation Plan Due to Change in Circumstances Requiring New Schedule I and Schedule J | Amount: $1285 |
| TYPE 9: | Proposed Order to Incur Debt/Notice of Debt | Amount: $685 |
| TYPE 10: | Motion to Sell Property; Report of Sale and Communication with Real Estate Broker and Closing Attorney | Amount: $1,200 |
| TYPE 11: | **Prevention** of §362 Motion | Amount: $585 |
| TYPE 12: | Amending Schedules/Undisclosed | Amount: $185 |
| TYPE 13: | Motion Establishing Priority of Tax Claim Requiring Post-confirmation Plan Modification | Amount: $985 |
| TYPE 14: | Objection to Creditor's Proof of Claim Requiring Post-confirmation Plan Modification or Plan STIP | Amount: $785 |
| TYPE 15: | Motion for Moratorium/Plan Calc Analysis/13 Network Analysis; Payment History; Payment Direction; Negotiation with Trustee/Creditor; Schedule Hearing | Amount: $500-785 |
| TYPE 16: | Motion to Substitute Attorney | Amount: $185 |
| TYPE 17: | Taking Over Case | Amount: $1285 |
| TYPE 18: | Change of Address Per Local Rule/Advice Relating to Change | Amount: $85 |
| TYPE 19: | Attorney Review/Release of Mortgage Communication Waiver | Amount: $385 |
| TYPE 20: | Application to Employ | Amount: $785 |
| TYPE 21: | Application for Settlement | Amount: $1250 |
| TYPE 22: | Creditor Violation Letter/Analysis/Service Research/History | Amount: $385 |
| TYPE 23: | Consent Order Approving Loan Modification | Amount: $885 |
| TYPE 24: | Order Lifting the Stay (To Proceed in Family Court) | Amount: $885 |
| TYPE 25: | Negotiation with Mortgage Creditor For Loan Modification | Amount: $1,700 |
| TYPE 26: | Motion to Approve Final Loan Modification Agreement | Amount: $985 |
| TYPE 27: | Loan Modification Report/Analysis/History Documentation | Amount: $385 |
| TYPE 28: | Post Modification Forbearance Agreement/Workout | Amount: $1085 |
| TYPE 29: | Appeal Denial of Loan Modification Via Servicer | Amount: $485 |
| TYPE 30: | Application for State/Federal Rescue Modification | Amount: $1258 |
| TYPE 31: | Motion to Reinstate After Dismissal | Amount: $1500 |

| TYPE 32: | Application for Settlement To Use Insurance Proceeds | Amount: $1285 |
|---|---|---|
| TYPE 33: | Defense of Modification, Adequate Protection Request | Amount: $800 |
| TYPE 34: | Motion to Use Cash Collateral | Amount: $785 |
| TYPE 35: | Post Modification Forbearance Agreement/Workout | Amount: $1085 |
| TYPE 36: | File Secured Creditor Claim with Analysis | Amount: $485 |
| TYPE 37: | Direction of Pay/Total Loss | Amount: $1,285 |
| TYPE 38: | Objection to Proof of Claims/Analysis/Plan Calc/ Scheduling Hearing | Amount: $885 |
| TYPE 39: | Motion to Dismiss as to Deceased Debtor/Estate Direction | Amount: $785 |
| TYPE 40: | Letter of Authorization/Direction to Creditor/Attorney Review | Amount: $350 |
| TYPE 41: | SLPP (Student Loan Portal Program)/Direct Servicer | Amount: $1,599 |
| TYPE 42: | Motion to Complete Case Before Plan Term/Analysis | Amount: $1,500 |
| TYPE 43: | Negotiation with Trustee For Completion of Case Before Applicable Commitment Period | Amount: $685 |
| TYPE 44: | STIP Payment Request and Analysis/Plan Calc Review | Amount: $685 |
| TYPE 45: | Post-confirmation Transaction Report | Amount: $685 |

These fees are in addition to expedited attorney fees as referenced in the signed attorney client agreement. The fees referenced herein may increase and/or decrease at the discretion of the attorney. The fees will be paid through the Chapter 13 Plan at zero (0%) percent interest, through direct payment or by bankruptcy plan. If you have an issue that requires legal work greater than the above-referenced amounts, a request for approval of additional fees will be submitted to the Bankruptcy Trustee and Bankruptcy Court. If any additional work is needed, the Attorney rate for consumer cases is $330/ per hour plus costs; Paralegal rate is $85/per hour plus costs; non-consumer case rate and appeals is based upon retainer (Moss & Assoc rate for counsel is $500/ per hour for non-consumer bankruptcy cases plus costs). If paid through a Contingency Agreement, Attorney will be paid at 40%.
Any service for a creditor is an additional $2.00 or more per creditor.

*This Disclosure is additional guidance to Bankruptcy Form 2030; 11 U.S.C. 528; SC Bankr 2016-1 et.al and all subsequent rules relating to payment to counsel. Services shall be performed by counsel. This form supersedes all previously signed documents.

| _Gregory mann_ | _____ | _2·1·2023_ |
|---|---|---|
| Client | Case Number | Date |

| _____ | _____ | _____ |
|---|---|---|
| Client | Case Number | Date |

l:\server\webrivel\forms - firm\attorney fees - supplemental fee disclosure\supplemental fee form for clients to sign 09-05-2017.docx

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re    **Gerald Kenneth Mixon, Jr.**               Case No.

Debtor(s)      Chapter     **13**

## CERTIFICATION VERIFYING CREDITOR MATRIX

       The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

       Master mailing list of creditors submitted via:

       (a)    _____ computer diskette

       (b)    _____ scannable hard copy
(number of sheets submitted _____)

       (c)    **X**   electronic version filed via CM/ECF

Date:    **February 24, 2023**            **/s/ Gerald Kenneth Mixon, Jr.**
                                          **Gerald Kenneth Mixon, Jr.**
                                          Signature of Debtor

Date:    **February 24, 2023**            **/s/ JASON T. MOSS**
                                          Signature of Attorney
                                          **JASON T. MOSS 7240**
                                          **MOSS & ASSOCIATES, ATTORNEYS P.A.**
                                          **816 ELMWOOD AVENUE**
                                          **COLUMBIA, SC 29201**
                                          **(803)-933-0202   Fax: (803)-933-9941**
                                          Typed/Printed Name/Address/Telephone

                                          **7240 SC**
                                          District Court I.D. Number

.

ANGELA MIXON
176 OLE STILL LANE
ELGIN SC 29045


AT&T
1 AT&T WAY, ROOM 3A104
BEDMINSTER NJ 07921


CAPITAL ONE
PO BOX 71083
CHARLOTTE NC 28272


CORA PHYSICAL THERAPY
21 GATEWAY CORNERS PARK, SUITE 102
COLUMBIA SC 29203


COVINGTON CREDIT
534 E DEKALB STREET
CAMDEN SC 29020


GENESIS FS CARD SERVICES
PO BOX 4499
BEAVERTON OR 97076


HEIGHTS FINANCE
PO BOX 1947
GREENVILLE SC 29602


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JEFFERSON CAPITAL SYSTEMS
PO BOX 7999
SAINT CLOUD MN 56302-9617


KERSHAW COUNTY TREASURER
PO BOX 622
CAMDEN SC 29020


LENDMARK FINANCIAL
600 PAMPLICO HWY
FLORENCE SC 29505

```
LENDMARK FINANCIAL
2118 USHER STREET NW
COVINGTON GA 30014


MARINER FINANCE
610 HWY US1, STE G
LUGOFF SC 29078


MARINER FINANCE
5802 E VIRGINIA BEACH BLVD, STE 121
NORFOLK VA 23502


MISSION LANE
PO BOX 23075
COLUMBUS GA 31902


ONE MAIN FINANCIAL
PO BOX 740594
CINCINNATI OH 45274


PAY TOMORROW
9920 KINCEY AVENUE
HUNTERSVILLE NC 28078


PINK DOGWOOD 13
PO BOX 1931
BURLINGAME CA 94011


PORTFOLIO RECOVERY
PO BOX 41067
NORFOLK VA 23541


QUANTUM 3 GROUP
PO BOX 788
KIRKLAND WA 98083


REGIONAL FINANCE
100 FORUM DRIVE, SUITE 4
COLUMBIA SC 29229


REGIONAL FINANCE
979-B BATESVILLE ROAD
GREER SC 29651
```

REPUBLIC FINANCE
4760 HARDSCRABBLE ROAD
COLUMBIA SC 29229


REPUBLIC FINANCE
282 TOWER RD
PONCHATOULA LA 70454


RNR TIRE EXPRESS
717 BROAD STREET
SUMTER SC 29150


SC DEPT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


SECURITY FINANCE
415 RUTLEDGE STREET
CAMDEN SC 29020


STERN RECOVERY
PO BOX 14899
GREENSBORO NC 27415


TEK COLLECT
PO BOX 1269
COLUMBUS OH 43216


TITLEMAX
331 KILLIAN ROAD, STE 1-B
COLUMBIA SC 29229


TITLEMAX
15 BULL STREET, STE 200
SAVANNAH GA 31401


VERIZON
PO BOX 4457
HOUSTON TX 77210


WELLS FARGO
435 FORD ROAD, STE 300
MINNEAPOLIS MN 55426

```
WELLS FARGO
PO BOX 10438
DES MOINES IA 50306


WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES IA 50306


WELLS FARGO HOME MORTGAGE
PO BOX 1629
MINNEAPOLIS MN 55440


WORLD FINANCE
1009 MARKET STREET
CAMDEN SC 29020


WORLD FINANCE
PO BOX 6429
GREENVILLE SC 29606
```