| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Gerald Kenneth Mixon, Jr.** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | |
| Case number (if known) | 23-00533 | ☐ Check if this is an amended filing |

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:** List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AUTOMONEY**<br><br>Description of property securing debt: **2014 GMC SIERRA 1500 TRUCK** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |
| Creditor's name: **COVINGTON CREDIT**<br><br>Description of property securing debt: **HOUSEHOLD GOODS** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Creditor's name: **HEIGHTS FINANCE**<br><br>Description of property | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

| Debtor 1 | Gerald Kenneth Mixon, Jr. | | Case number (if known) 23-00533 |

securing debt: avoid lien using 11 U.S.C. § 522(f)

---

Creditor's name: **LENDMARK FINANCIAL**

Description of property: **HOUSEHOLD GOODS**

securing debt:

- ☐ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement*.
- ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)**

☐ No
■ Yes

---

Creditor's name: **MARINER FINANCE**

Description of property: **HOUSEHOLD GOODS**

securing debt:

- ☐ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement*.
- ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)**

☐ No
■ Yes

---

Creditor's name: **ONE MAIN FINANCIAL**

Description of property: **HOUSEHOLD GOODS**

securing debt:

- ☐ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement*.
- ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)**

☐ No
■ Yes

---

Creditor's name: **PAY TOMORROW**

Description of property: **PERSONAL PROPERTY-TIRES**

securing debt:

- ■ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement*.
- ☐ Retain the property and [explain]:

■ No
☐ Yes

---

Creditor's name: **REGIONAL FINANCE**

Description of property: **HOUSEHOLD GOODS**

securing debt:

- ☐ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement*.
- ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)**

☐ No
■ Yes

---

Creditor's name: **REGIONAL FINANCE**

Description of property: **HOUSEHOLD GOODS**

securing debt:

- ☐ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement*.
- ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)**

☐ No
■ Yes

---

Creditor's name: **REPUBLIC FINANCE**

- ☐ Surrender the property.

☐ No

Debtor 1    Gerald Kenneth Mixon, Jr.                                                     Case number (if known)   23-00533

| | | |
|---|---|---|
| name: | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: HOUSEHOLD GOODS | ☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br>avoid lien using 11 U.S.C. § 522(f) | |
| Creditor's name: RNR TIRE EXPRESS | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: PERSONAL PROPERTY-TIRES, RIMS | ■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ Yes |
| Creditor's name: SECURITY FINANCE | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: HOUSEHOLD GOODS | ☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br>avoid lien using 11 U.S.C. § 522(f) | ■ Yes |
| Creditor's name: WELLS FARGO HOME MORTGAGE | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: DEBTORS RESIDENCE-176 OLE STILL LANE, ELGIN SC 29045 | ☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br>Debtor to retain collatoral and remain current | ■ Yes |
| Creditor's name: WORLD FINANCE | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: HOUSEHOLD GOODS | ☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br>avoid lien using 11 U.S.C. § 522(f) | ■ Yes |

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

| Debtor 1 | Gerald Kenneth Mixon, Jr. | Case number (*if known*) | 23-00533 |
|---|---|---|---|

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  /s/ Gerald Kenneth Mixon, Jr.
Gerald Kenneth Mixon, Jr.
Signature of Debtor 1

X  _____
Signature of Debtor 2

Date  July 20, 2023

Date  _____

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 4