**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **23-00533-eg**

# Order

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**10/11/2023**



/s/ Elisabetta G. M. Gasparini
Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 10/11/2023

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **Gerald Kenneth Mixon, Jr.** | ) | Case No.: 23-00533-eg |
| | ) | |
| Debtor. | ) | |

### CONSENT ORDER EXCEPTING CERTAIN CLAIMS OF THE CHAPTER 7 BANKRUPTCY ESTATE OF GERALD KENNETH MIXON, JR. FROM DISCHARGE PURSUANT TO 11 U.S.C. § 523(a)

THIS MATTER comes before the Court with regard to a debt owed by Gerald Kenneth Mixon, Jr. (the "Debtor") to AutoMoney Inc.. ("AutoMoney").

IT APPEARS that the Debtor borrowed $5,000.00 from AutoMoney on June 13, 2023, after the filing the above captioned case, and such debt was purported to be secured by a title lien against the Debtor's 2014 GMC Sierra 1500 Double Cabe SLE Pickup ("Vehicle").

IT FURTHER APPEARS that the Debtor presented a vehicle title to AutoMoney and represented this as the active unencumbered title on the Vehicle.

IT FURTHER APPEARS that at the time the Debtor presented this title, a title lien already existed on the Vehicle in favor of TitleMax and the title presented to AutoMoney was not a valid unencumbered title.

As evidenced by the signatures of counsel below, the Debtor and AutoMoney have agreed that the balance owed to AutoMoney of $5,546.73 is a non-dischargeable debt pursuant to 11 U.S.C. §523(a) and have further agreed that the Debtor will make regular payments as set out in the reaffirmation agreement executed by the Debtor.

Based upon the foregoing it is hereby:

ORDERED, ADJUDGED AND DECREED that the claim of AutoMoney Inc, in the total

1

remaining amount of $5,546.73, shall be deemed non-dischargeable and the Debtor will make payments according to the agreement between the parties, and any such obligation will be enforced according to state contract law and are not subject to discharge under this or any future bankruptcy.

WE SO AGREE AND CONSENT:

**Markham Law Firm, LLC**
/s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for AutoMoney, Inc.
P.O. Box 101
Mount Pleasant, SC 29465-0101
Tel: 843-284-3646
sean@markhamlawsc.com

SIGNATURE FOR DEBTOR

Gerald Mixon (Oct 3, 2023 11:40 EDT)

Debtor Attorney:
Jason T. Moss
ID: 7240
816 Elmwood Ave
Columbia, SC 29201
(803) 933 0202

2